1 | CONTE C. CICALA, State Bar No. 173554
*conte.cicala@clydeco.us*
2 | CLYDE & CO US LLP
101 Second Street, 24th Floor
3 | San Francisco, California 94105
Telephone: (415) 365-9800
4 | Facsimile: (415) 365-9801

5 | MATTHEW T. DRENAN, State Bar No. 302477
*matt.drenan@clydeco.us*
6 | CLYDE & CO US LLP
301 East Ocean Boulevard, Suite 1550
7 | Long Beach, CA 90802
Telephone: (562) 317-3300
8 | Facsimile: (562) 317-3399

9 | Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.

10

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

| MITSUI O.S.K. LINES, LTD., | Case No. : 3:17-cv-03394 |
|---|---|
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OF MITSUI O.S.K. LINES, LTD.** |
| v. | |
| SWISS SHIPPING LINE S.A.L., | |
| Defendant. | |

19 | Plaintiff MITSUI O.S.K. LINES, LTD. submits this Certification of Interested Entities.

20 | Pursuant to Civil L.R. 7.1-1, plaintiff certifies that as of this date, other than the named

21 | parties, there is no such interest to report.

22 | Dated: June 12, 2017                             CLYDE & CO US LLP

23

24
By:  _____/s/ Conte C. Cicala_____
25                Conte C. Cicala
                Matthew T. Drenan
26              Attorneys for Plaintiff
                MITSUI O.S.K. LINES, LTD.
27

28